IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT

| | |
|---|---|
| Jimmie Jordan<br><br>    Plaintiff,<br><br>vs<br><br>Christopher Sherrod<br><br>    Defendant(s) | Case No. 15 cv 97<br><br>Honorable<br>Donald Wilkerson<br>Judge Presiding |

MOTION FOR A NEW TRIAL

Now comes Plaintiff, Jimmie Jordan Pro se and he respectfully moves this Court grant said motion.

1. The jury's verdict against plaintiff was against the weight of the evidence in light of medical evidence, frankly incredible testimony of officers that they did not see how he was injured and the fact that crucial portion of surveillance tape was destoryed.

2. The evidence of the plaintiff's case was improperly rejected.

3. Trial counsel failed to obtain the videotaping of the Orange Crush restrainting the plaintiff prior to trial, where the plaintiff head was rammed into a thick glass door as well three of plaintiff's ribs were broken while he was handcuffed.

4. Trial counsel failed to investigate and interview the Wardens of Shawnee C.C. on April 23, 2014, where they stopped the Orange Crush Operation because the Orange Crush Officers had went too far when they injured the plaintiff.

5. Trial counsel failed to investigate and interview eyewitnesses at Shawnee C.C., who seen the Defendants use of excessive force against the plaintiff while he was cuffed, as well as the Orange Crush Commanders stood by and watched and did not intervene.

6. the trial court erred where he did not ask the potential jurors, if they could be fair to an African American Plaintiff, where all the Defendants where white.

1.

7. Counsel should have seek for jury instructions that prison officials' failure to produce videotaping of incident could support an inference that it would have helped the plaintiff's case.

8. The trial court erred where he did not ask potential jurors, do they consider one race more superior than another.

9. Trial court erred where he did not answer the juror's question, "what's the different in force and excessive force, when excessive force was one of the elements in the case.

10. Trial court erred where he did not allow the jurors to deliberate beyond the 5:00pm, which gave the jurors an opportunity to google or search the plaintiff's criminal history prior to deciding the case.

11. Plaintiff ask this Court to grant him a new trial in this case, where the plaintiff's counsel did not call eyewitnesses to the Orange Crush improper behavior on April 23, 2014.

   WHEREFORE, the plaintiff ask and pray that this Court grant said motion.

/s/ Jimmie Jordan
Jimmie Jordan N-22608
2600 N. Brinton Ave
Dixon, Illinois 61021

2.

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT

Jimmie Jordan )
)
    Plaintiff, )
)
vs )  Case No. 15 cv 97
)
Christopher Sherrod )  Honorable
)  Donald Wilkerson
    Defendant(s) )  Judge Presiding
)

## NOTICE OF FILING

TO: Clerk of the U.S. District         Illinois Attorney General
750 Missouri Ave                            100 W. randolph Street
East St. Louis, Illinois             Chicago Illinois 60601
62201

    PLEASE BE ADVISED that I have had the cause to file with the Clerk of this court a MOTION FOR A NEW TRIAL and a copy is hereby served upon you.

                                                  Jimmie Jordan
                                                  Reg No. N-22608
                                                  2600 N. Brinton Ave
                                                  Dixon, Illinois 61021

## CERTIFICATE OF SERVICE

    The undersigned swear that he served upon the above mention with the attached documents by placing it in the U.S Mail at Dixon Correctional Center mailroom on October 11, 2018, with pre paid postage.

Subscribed and sworn to before me

this 10th day Oct of 2018,

_____
Notary Public

_____
Jimmie Jordan

OFFICIAL SEAL
SALLY A. JOOS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jul 12, 2020

JIMMIE R. JORDAN #N93408
DIXON CORRECTIONAL CENTER
2600 N. BRINTON
DIXON ILL. 61021

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE ILLINOIS
DEPT OF CORRECTIONS

" United States District Court "
For The Southern District of ILL.
Clerk of The U.S. District
750 Missouri Ave
East St. Louis, Illinois 62201

*Legal*
*Mail*



Legal Mail



RECEIVED
OCT 15 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT  © USPS 2016